[No. 45603-2-I.  Division One.  April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MELISSA HOCKING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-00475-5, James Bryan Street, J., entered August 16, 2000. *Remanded* by unpublished per curiam opinion.

[No. 45606-7-I.  Division One.  April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMONT KING, *Defendant*, MERCELIS CHRISTOPHER KING, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01396-1, Richard M. Ishikawa, J., entered October 25, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45623-7-I.  Division One.  April 2, 2001.]

CONNIE HAUBRY, *Appellant*, v. LAWRENCE W. SNOW, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-14879-9, Richard D. Eadie, J., entered October 29, 1999. *Reversed in part, affirmed in part*, and *remanded* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Cox, J. Now published at 106 Wn. App. 666.

[No. 45648-2-I.  Division One.  April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID W. PEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00665-1, David A. Nichols, J., entered November 18, 1999. *Affirmed* by unpublished per curiam opinion.